IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TONI AND JAMES BRUNKER,

    Plaintiffs,

vs.                                                    CASE NO. 09-CV-283

TRI-FINANCIAL, LLC,
JANE DOE (a/k/a CATHERINE SCHRACK),
JANE ROE (a/k/a VERONICA TAYLOR) and

    Defendants.

## ENTRY OF DEFAULT

    Plaintiffs James and Toni Brunker request that the Clerk of Court enter default against defendant Tri-Financial, LLC pursuant to Federal Rule of Civil Procedure 55(a). It appearing from the record that defendant Tri-Financial, LLC has failed to appear, plead or otherwise defend, the default of defendant Tri-Financial, LLC is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

    Dated this 17th day of June, 2009.

                                                BY THE COURT:

                                                Peter Oppeneer, Clerk of Court