IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TONI AND JAMES BRUNKER,

    Plaintiffs,

vs.

CASE NO. 09-CV-283

TRI-FINANCIAL, LLC
JANE DOE (a/k/a CATHERINE SCHRACK), and
JANE ROE (a/k/a VERONICA TAYLOR),

    Defendants.

---

## ORDER

---

IT IS HEREBY ORDERED, that judgment shall be entered for the Plaintiffs, Toni and James Brunker, against the Defendant, Tri-Financial, LLC in the amount of $18,258.92.

IT IS FURTHER ORDERED that there being no reason for delay JUDGMENT SHALL BE ENTERED ACCORDINGLY.

Dated: Sept. 14, 2009

BY THE COURT:

*Barbara B Crabb*

Judge of the United States District Court