IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TONI and JAMES BRUNKER,

    Plaintiffs,

v.

TRI-FINANCIAL, LLC, JANE DOE
(a/k/a CATHERINE SCHRACK) and
JANE ROE (a/k/a VERONICA
TAYLOR),

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-283-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is hereby entered in favor of plaintiffs Toni and James Brunker against defendant Tri-Financial, LLC in the amount of $18,258.92 plus interest on the judgment at the legal rate until the judgment is satisfied.

_____
Peter Oppeneer, Clerk of Court

9/18/09
Date